

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

1301 Clay Street

Oakland, CA 94612

*cand.uscourts.gov*

September 20, 2023

William A. Levin
Levin Simes LLP
1700 Montgomery Street, Suite 250San Francisco, CA 94111

Re:   Jane Doe LS 37 v. Uber Technologies, Inc., et al.
Case Number: 23-cv-04393-KAW

Dear Counsel/Parties:

This matter has been randomly assigned to United States Magistrate Judge Kandis A. Westmore for all purposes including trial.

The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

A review of our records discloses that the Consent or Declination to Magistrate Judge Jurisdiction has not been filed in this case. Plaintiff is requested to complete the attached form documenting either consent or declination and file it with the Court by **October 4, 2023.** This form can be found on the Court's website at cand.uscourts.gov/civilforms.

Please note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.

Mark B. Busby
Clerk of Court, United States District Court

By  *William Tabunut*

William F. Tabunut, Deputy Clerk to the
Honorable KANDIS A. WESTMORE

*REV. 9-19*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE LS 37,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,, et al.,<br><br>Defendants. | Case No. 23-cv-04393-KAW<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

( )   **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

( )   **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:                                              NAME: _____

COUNSEL FOR (OR "PRO SE"):

_____

_____
Signature

*REV. 9-19*