UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE LS 37,<br><br>        Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,, et al.,<br><br>        Defendants. | Case No.23-cv-04393-JST<br><br>**CLERK'S NOTICE**<br><br>Re: Dkt. No. 11 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for December 19, 2023 at 2:00 P.M. before the Honorable JON S. TIGAR.  The Joint Case Management Conference Statement is due December 12, 2023 by 5:00 P.M.

Dated: September 21, 2023

                                                  Mark B. Busby
                                                  Clerk of Court, United States District Court

                                                  By: _____
                                                  Mauriona Lee, Deputy Clerk to the
                                                  Honorable JON S. TIGAR
                                                  510-637-3530

United States District Court
Northern District of California