AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE LS 37, an individual, ) <br> *Plaintiff* ) <br> v. ) <br> UBER TECHNOLOGIES, INC., Delaware ) <br> Corporation; RASIER, LLC, a Delaware Limited ) <br> Liability Company; RASIER-CA, LLC, a Delaware ) <br> Limited Liability Company; and DOES 1 through 50, ) <br> Inclusive, ) <br> *Defendant* | Case No. 4:23-cv-04393-JST |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Uber Technologies, Inc., Rasier-CA, LLC, and Rasier, LLC

Date: September 22, 2023

*Attorney's signature*

Colton F. Parks 322491
*Printed name and bar number*

BOWMAN AND BROOKE, LLP
970 W. 190th Street, Suite 700
Torrance, CA 90502
*Address*

Colton.Parks@bowmanandbrooke.com
*E-mail address*

(310) 768-3068
*Telephone number*

(310) 719-1019
*FAX number*