1    **BOWMAN AND BROOKE LLP**
     Paul A. Alarcon (SBN: 275036)
2          paul.alarcon@bowmanandbrooke.com
     Samuel Q. Schleier (SBN: 312449)
3          sam.schleier@bowmanandbrooke.com
     Colton F. Parks (SBN: 322491)
4          colton.parks@bowmanandbrooke.com
     970 West 190th Street, Suite 700
5    Torrance, California 90502
     Tel No.:     (310) 768-3068
6    Fax No.:     (310) 719-1019

7    Attorneys for Defendants
     Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC
8

9                          UNITED STATES DISTRICT COURT

10       NORTHERN DISTRICT OF CALIFORNIA – OAKLAND COURTHOUSE

11

12   Jane Doe LS 37,                           Case No.: 4:23-cv-04393-JST

13              Plaintiff,                      **DECLARATION OF PAUL A. ALARCON
                                                IN SUPPORT OF STIPULATION AND
14   v.                                         [PROPOSED] ORDER RE: MOTION TO
                                                TRANSFER BRIEFING SCHEDULE,
15   UBER TECHNOLOGIES, INC., a Delaware        EXTENSION OF TIME FOR
     Corporation; RASIER, LLC, a Delaware Limited   DEFENDANTS TO BRING A MOTION TO
16   Liability Company; RASIER-CA, LLC, a       DISMISS, AND CONTINUANCE OF CASE
     Delaware Limited Liability Company, and DOES   MANAGEMENT CONFERENCE AND
17   1 through 50, Inclusive,                   RELATED DEADLINES**

18              Defendants.
                                                Complaint Filed:     August 25, 2023
19                                              Trial Date:          None

20

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

                                        1

1 | **DECLARATION OF PAUL A. ALARCON**

2 |     I, Paul A. Alarcon, declare as follows:

3 |     1.    I am an attorney duly licensed to practice law before all courts of the State of California. I

4 | am a Partner at the law firm Bowman and Brooke LLP, counsel of record for Defendants Uber

5 | Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC ("Defendants"). I make this declaration of my

6 | personal knowledge. If called as a witness, I could and would competently testify to the matters set forth

7 | herein.

8 |     2.    This declaration is made in support of Defendants and Plaintiff Jane Doe LS 37's

9 | ("Plaintiff") Stipulation and [Proposed] Order re: Motion to Transfer Briefing Schedule, Extension of

10 | Time for Defendants to Bring a Motion to Dismiss, and Continuance of Case Management Conference

11 | and Related Deadlines (the "Stipulation").

12 |     3.    Plaintiff filed her Complaint on August 25, 2023, and Defendants were served on

13 | September 11, 2023. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendants' deadline to

14 | respond to the Complaint is October 2, 2023.

15 |     4.    The Court ordered the parties to file a Joint Case Management Statement on or before

16 | December 12, 2023 and for the parties to appear at a Case Management Conference on December 19,

17 | 2023 (Doc. No. 12).

18 |     5.    Counsel for Plaintiff and Defendants are engaged in active litigation with regard to several

19 | matters recently filed in the Northern District of California.

20 |     6.    Defendants intend to bring a Motion to Transfer Venue and a Motion to Dismiss in the

21 | instant matter. To avoid burdening the Court with unnecessary motions, to promote judicial efficiency,

22 | and to provide for the orderly resolution of the case, the parties agree that the Court's resolution of

23 | Defendants' Motion to Transfer Venue is a threshold issue that should be decided prior to Defendants'

24 | Motion to Dismiss. As a result, the parties agree that Defendants shall file a Motion to Transfer Venue on

25 | or before January 5, 2024. Additionally, the parties have sought to litigate the instant matter in good faith,

26 | including by way of agreeing to reasonable extensions of time where possible, to ensure that no undue

27 | burden falls on the parties, their attorneys, or the Court.

28 | / / /

**Declaration of Paul A. Alarcon in Support of**
**Stipulation and [Proposed] Order**

*Jane Doe LS 37 v. Uber Technologies, Inc., et al.*
4:23-cv-04393-JST

7.      The parties also agree that good cause exists for a continuance of the deadline to file a Joint Case Management Statement, any related Case Management Conference to be scheduled by the Court, and any related deadlines under the Federal Rules of Civil Procedure or the Civil Local Rules (including any deadlines for ADR compliance) to allow the parties to brief and the Court to rule on Defendants' Motion to Transfer Venue and Motion to Dismiss.

8.      The parties agree that, if granted, Defendants' Motion to Transfer Venue would result in the matter being transferred to a different United States District Court, which would moot any deadlines in the instant Court. Additionally, should the Court deny Defendants' Motion to Transfer Venue, Defendants intend to bring a Motion to Dismiss Plaintiff's Complaint, which may fully resolve Plaintiff's claims, if granted. The Court's ruling on Defendants' Motion to Dismiss will affect the parties' discussions regarding the scope of discovery and anticipated timeline to prepare the case for trial, and, as a result, it is premature to set case management deadlines until Defendants' Motion to Transfer Venue and, if necessary, Motion to Dismiss are resolved.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 26, 2023, in Orange, California.

By: */s/ Paul A. Alarcon*
        Paul A. Alarcon

2

**Declaration of Paul A. Alarcon in Support of
Stipulation and [Proposed] Order**                    *Jane Doe LS 37 v. Uber Technologies, Inc., et al.*
                                                                          4:23-cv-04393-JST

1

## <u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on September 26, 2023, I electronically transmitted the foregoing

3

**DECLARATION OF PAUL A. ALARCON IN SUPPORT OF STIPULATION AND [PROPOSED]**

4

**ORDER RE: MOTION TO TRANSFER BRIEFING SCHEDULE, EXTENSION OF TIME FOR**

5

**DEFENDANTS TO BRING A MOTION TO DISMISS, AND CONTINUANCE OF CASE**

6

**MANAGEMENT CONFERENCE AND RELATED DEADLINES** to the Clerk's Office using the

7

CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

8

9

*/s/ Louisa Beck*
Louisa Beck

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1