1   **BOWMAN AND BROOKE LLP**
Paul A. Alarcon (SBN: 275036)
2      paul.alarcon@bowmanandbrooke.com
Samuel Q. Schleier (SBN: 312449)
3      sam.schleier@bowmanandbrooke.com
Colton F. Parks (SBN: 322491)
4      colton.parks@bowmanandbrooke.com
970 West 190th Street, Suite 700
5   Torrance, California 90502
Tel No.:    (310) 768-3068
6   Fax No.:   (310) 719-1019

7   Attorneys for Defendants
Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC
8

9            **UNITED STATES DISTRICT COURT**

10      **NORTHERN DISTRICT OF CALIFORNIA – OAKLAND COURTHOUSE**

11

12   Jane Doe LS 37,                  Case No.: 4:23-cv-04393-JST

13          Plaintiff,            **STIPULATION AND [~~PROPOSED~~] ORDER**
                          **RE: MOTION TO TRANSFER BRIEFING**
14   v.                          **SCHEDULE, EXTENSION OF TIME FOR**
                          **DEFENDANTS TO BRING A MOTION TO**
15   UBER TECHNOLOGIES, INC., a Delaware   **DISMISS, AND CONTINUANCE OF CASE**
Corporation; RASIER, LLC, a Delaware Limited   **MANAGEMENT CONFERENCE AND**
16   Liability Company; RASIER-CA, LLC, a       **RELATED DEADLINES**
Delaware Limited Liability Company, and DOES
17   1 through 50, Inclusive,

18         Defendants.          Complaint Filed:     August 25, 2023
                            Trial Date:        None

19

20                      **<u>STIPULATION</u>**

21       Pursuant to Civil Local Rule 6-1(a)-(b) and 6-2, Defendants Uber Technologies, Inc., Rasier, LLC,

22   and Rasier-CA, LLC ("Defendants"), and Plaintiff Jane Doe LS 37 ("Plaintiff"), by and through their

23   respective counsel of record, hereby stipulate as follows:

24       WHEREAS, Plaintiff filed her Complaint on August 25, 2023, and Defendants were served on

25   September 11, 2023;

26       WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendants' deadline to

27   respond to the Complaint is October 2, 2023;

28   / / /

1

WHEREAS, the Court ordered the parties to file a Joint Case Management Statement on or before December 12, 2023 and for the parties to appear at a Case Management Conference on December 19, 2023 (Doc. No. 12);

WHEREAS, counsel for Plaintiff and Defendants are engaged in active litigation with regard to several matters recently filed in the Northern District of California;

WHEREAS, Defendants intend to bring a Motion to Transfer Venue and a Motion to Dismiss in the instant matter;

WHEREAS, in order to avoid burdening the Court with unnecessary motions, to promote judicial efficiency, and to provide for the orderly resolution of the case, the parties agree that the Court's resolution of Defendants' Motion to Transfer Venue is a threshold issue that should be decided prior to Defendants' Motion to Dismiss;

WHEREAS, the parties agree that Defendants shall file a Motion to Transfer Venue on or before January 5, 2024;

WHEREAS, the parties agree that good cause exists for a continuance of the deadline to file a Joint Case Management Statement, any related Case Management Conference to be scheduled by the Court, and any related deadlines under the Federal Rules of Civil Procedure or the Civil Local Rules (including any deadlines for ADR compliance) to allow the parties to brief and the Court to rule on Defendants' Motion to Transfer Venue and Motion to Dismiss;

WHEREAS, the parties agree that if granted, Defendants' Motion to Transfer Venue would result in the matter being transferred to a different United States District Court, which would moot any deadlines in the instant Court. Additionally, should the Court deny Defendants' Motion to Transfer Venue, Defendants intend to bring a Motion to Dismiss Plaintiff's Complaint, which may fully resolve Plaintiff's claims, if granted. The Court's ruling on Defendants' Motion to Dismiss will affect the parties' discussions regarding the scope of discovery and anticipated timeline to prepare the case for trial, and, as a result, it is premature to set case management deadlines until Defendants' Motion to Transfer Venue and, if necessary, Motion to Dismiss are resolved;

WHEREAS, the continuances sought by this stipulation will not adversely impact the schedule for this action.

**NOW, THEREFORE**, the parties hereby stipulate and agree, subject to the approval of the Court that:

1.      Defendants shall file a Motion to Transfer Venue on or before January 5, 2024;

2.      The deadline for the parties to file a Joint Case Management Statement, currently set for December 12, 2023, and the Initial Case Management Conference, currently set for December 19, 2023, shall be vacated. Should the Court deny Defendants' Motion to Transfer Venue, then within thirty (30) days after the Court issues its ruling, the parties will meet and confer and submit a proposed schedule regarding (1) the briefing schedule for Defendants' Motion to Dismiss, and (2) case management. Any related deadlines under the Federal Rules of Civil Procedure or the Civil Local Rules (including any deadlines for ADR compliance) are hereby stayed pending further order of the Court.

Dated: September 26, 2023

**BOWMAN AND BROOKE LLP**

By: */s/ Paul A. Alarcon*
Paul A. Alarcon (SBN: 275036)
Samuel Q. Schleier (SBN: 312449)
Colton F. Parks (SBN: 322491)
970 West 190th Street, Suite 700
Torrance, California 90502
Tel: (310) 380-6595
Attorneys for Uber Technologies, Inc.
and Rasier, LLC

Dated: September 26, 2023

**LEVIN SIMES LLP**

By: */s/ William A. Levin*
William A. Levin (SBN 98592)
Laurel L. Simes (SBN 134637)
David M. Grimes (SBN 324292)
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Tel: (415) 426-3000
Attorneys for Plaintiff

1

**[PROPOSED] ORDER**

2

Pursuant to the Parties' stipulation, the Court hereby orders as follows:

3

1.      Defendants shall file a Motion to Transfer Venue on or before January 5, 2024.

4

2.      The deadline for the parties to file a Joint Case Management Statement, currently set for

5

December 12, 2023, and the Initial Case Management Conference, currently set for December 19, 2023,

6

is **continued until March 12, 2024**. ~~Should the Court deny Defendants' Motion to Transfer Venue, then~~

7

~~within thirty (30) days after the Court issues its ruling, the parties will meet and confer and submit a~~

8

~~proposed schedule regarding (1) the briefing schedule for Defendants' Motion to Dismiss, and (2)~~

9

~~case management. Any related deadlines under the Federal Rules of Civil Procedure or the Civil Local~~

10

~~Rules (including any deadlines for ADR compliance) are hereby stayed pending further order of the~~

11

~~Court.~~ **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

12

13

Dated:  <u>September 28, 2023</u>

14

Honorable Jon S. Tigar
United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28