IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____/ <br><br> This Order Relates To: <br><br> 23-cv-04372-AMO <br> 23-cv-04385-AMO <br> 23-cv-03966-AMO <br> 23-cv-04393-JST <br> 23-cv-04388-JSW <br> 23-cv-04010-JD <br> 23-cv-04011-MMC <br> 23-cv-04008-JD <br> 23-cv-04371-JD <br> 23-cv-04387-VC <br> 23-cv-03807-VC <br> 23-cv-04014-JD <br> 23-cv-03973-CRB <br> 23-cv-04373-CRB <br> 23-cv-04369-AGT <br> 23-cv-04368-JSW <br> 23-cv-04365-VC | Case No. 23-md-03084-CRB <br><br> **ORDER RELATING CASES** |

United States District Court
Northern District of California

1. 23-cv-04366-AGT
2. 23-cv-03811-JSW
3. 23-cv-03816-JSW
4. 23-cv-04370-JD

Pursuant to Northern District of California Civil Local Rule 3-12, the Court finds that the above-captioned cases are related to <u>In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation</u>, Case No. 23-md-3084.  Accordingly, the above-captioned cases shall be reassigned to this Court.

**IT IS SO ORDERED.**

Dated: October 20, 2023

_____
CHARLES R. BREYER
United States District Judge